**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

FREDERICK F. MUZYKA,

        CIVIL NO.  06-CV-13611

      Plaintiff,

        PAUL D. BORMAN

-vs-        UNITED STATES DISTRICT JUDGE

UNITED PARCEL SERVICE and        VIRGINIA M. MORGAN

TEAMSTERS LOCAL UNION 243,        UNITED STATES MAGISTRATE JUDGE

      Defendants.

_____/

**ORDER**
**(1) ACCEPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION;**
**AND (2) GRANTING DEFENDANT TEAMSTERS LOCAL UNION 243'S MOTION FOR**
**SUMMARY JUDGMENT**

      Before the Court is the Magistrate Judge's February 8, 2007 Report and Recommendation

granting Teamsters Local Union 243's Motion for Summary Judgment. (Docket No. 15). Neither

party has filed timely objections under 28 U.S.C. § 636(b)(1) and Local Rule 72.1(d)(2). Having

reviewed the Magistrate Judge's conclusions of fact and discussion of law, the Court hereby:

      (1)     **ACCEPTS** the Magistrate Judge's Report and Recommendation (Docket No. 15);
            and

      (2)     **GRANTS** Defendant Teamsters Local Union 243's Motion for Summary Judgment
            (Docket No. 9).

**SO ORDERED.**

            s/Paul D. Borman
            PAUL D. BORMAN
            UNITED STATES DISTRICT JUDGE

Dated:  March 21, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on March 21, 2007.


s/Denise Goodine
Case Manager