# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

FREDERICK F. MUZYKA,

        CIVIL NO. 06-CV-13611

     Plaintiff,

        PAUL D. BORMAN

-vs-        UNITED STATES DISTRICT JUDGE

UNITED PARCEL SERVICE and        VIRGINIA M. MORGAN
TEAMSTERS LOCAL UNION 243,        UNITED STATES MAGISTRATE JUDGE

     Defendants.
_____/

## ORDER
## (1) ACCEPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; AND (2) GRANTING DEFENDANT UPS'S MOTION FOR SUMMARY JUDGMENT

Before the Court is the Magistrate Judge's June 7, 2007 Report and Recommendation granting Defendant UPS's Motion for Summary Judgment. Neither party has filed timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich. L. R. 72.1(d). Having reviewed the Magistrate Judge's conclusions of fact and discussion of law, the Court hereby:

    (1)    **ACCEPTS** the Magistrate Judge's Report and Recommendation (Doc. No. 20); and

    (2)    **GRANTS** Defendant's Motion for Summary Judgment. (Doc. No. 14).

**SO ORDERED.**

        s/Paul D. Borman
        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

Dated: June 29, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on June 29, 2007.

                                                s/Denise Goodine
                                                Case Manager